**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 5:19CR50059-001** |
| | ) | |
| | ) | |
| **ROBERT MORRIS LEVY** | ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM**

Comes now the United States of America, by and through David Clay Fowlkes, First Assistant United States Attorney for the Western District of Arkansas, and for its Motion for an Extension of Time to File the Government's Sentencing Memorandum, states the following:

1. On October 5, 2020, a text only order was entered setting deadlines pertaining to the sentencing hearing scheduled for December 18, 2020. (Doc. 42). The order established that the Government's Sentencing Memorandum would be due December 4, 2020.

2. The United States Probation Officer's response to the Defendant's and Government's objections to the Presentence Report (PSR) is expected to be disclosed to the parties on December 4, 2020, which is the same day the Government's Sentencing Memorandum is to be filed. The Government contends its Sentencing Memorandum would better inform the Court and counsel of the Government's position on certain matters if the Government's Sentencing Memorandum could be filed after careful consideration of the final PSR; particularly, after deliberation regarding unresolved objections – if any - that would require presentation of evidence at the sentencing hearing.

3. The undersigned has communicated with defense counsel and is authorized to represent to the Court that defense counsel does not object to the Government's request for an extension of time to file its Sentencing Memorandum on Wednesday, December 9, 2020. The Government is informed that the Defendant may wish to amend the Defendant's Sentencing Memorandum filed on November 17, 2020. (Doc. 51). The Government has no objection to the Defendant filing a supplemental or amended Sentencing Memorandum.

4. The Government respectfully requests an extension of time to and including December 9, 2020, within which to file its Sentencing Memorandum. This request for an extension of time is not sought for purposes of unnecessary delay but is requested in the interest of justice.

**CONCLUSION**

For the foregoing reasons, the United States prays this Court grant an extension of time to December 9, 2020, within which to file its Sentencing Memorandum.

Respectfully submitted,

David Clay Fowlkes
First Assistant United States Attorney

By: /s/ Kyra E. Jenner

Kyra E. Jenner
Assistant U.S. Attorney
Arkansas Bar No. 2000041
414 Parker Avenue
Fort Smith, AR 72901
Telephone: (479) 783-5125
Email: kyra.jenner@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Kyra E. Jenner, Assistant U. S. Attorney for the Western District of Arkansas, hereby certify that on December 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and that a copy of the foregoing was also sent via email to the following:

John C. Everett, attorney for Defendant, John@Everettfirm.com
Mark F. Hampton, attorney for Defendant, MarkFHampton@aol.com
Michael Darren O'Quinn, attorney for Defendant, Darren@Darrenoquinn.com
Rachel R. Roisen-Avant, Probation Officer, Rachel_Roisen@arwp.uscourts.gov

/s/ Kyra E. Jenner
Kyra E. Jenner
Assistant U.S. Attorney