**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | **Case No. 5:19-cr-50059** |
| **vs.** | § | |
| | § | |
| **ROBERT MORRIS LEVY** | § | |
| | § | |
| **Defendant** | § | |

**UNOPPOSED MOTION TO CONDUCT**
**SENTENCING PROCEEDINGS BY ZOOM**

Comes now the defendant Robert Morris Levy and for his Unopposed Motion to Conduct the Sentencing Proceedings in this matter by Zoom states:

1. This matter is scheduled for a sentencing hearing before this Court on January 21st, 2021, under a modified procedure involving the physical appearance of the defendant and other parties in Court with other persons being entitled to appear by utilizing Zoom technology.

2. The defendant is confined in the Washington County Detention Center and, as a consequence of the jail's rules and regulations resulting from the COVID pandemic, has been advised that if he leaves the confines of the Washington County Detention Center for any purpose whatsoever then, upon return, he is required to be confined in a separate area of the jail for COVID exposed inmates. The area in which he will be required to be confined is small, populated by parties who have been directly exposed to COVID, and therefore constitutes a danger to the defendant of himself being infected with the COVID virus. The defendant desires to avoid the confinement

requirements of the Washington County Detention Center by remaining on the premises of the Detention Center continuously. Thus, he moves this Court for sentencing proceedings to be conducted exclusively by utilizing Zoom technology and specifically waives his right to be personally present before the Court in connection with such proceedings.

3. The defendant is advised that the government's position with respect to this Motion is this:

"Pursuant to the Court's Administrative Order 2020-15, the government does not object to a finding that sentencing in this case cannot be delayed without serious harm to the interest of justice. Pursuant to the same provision, the government does not object to defendant's appearance at sentencing through video conferencing, provided that the defendant gives the necessary consent."

WHEREFORE the defendant prays that this Court schedule the sentencing proceeding on January 21st, 2021, by utilizing Zoom technology and without the defendant's personal appearance.

Respectfully submitted,

John C. Everett
Arkansas Bar No. 70022
Attorney for Defendant
12217 West Highway 62
P. O. Box 1460
Farmington, AR 72730
Phone: (479) 267-0292
Fax: (479) 267-0564
Email: john@everettfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which shall send notification of such filing to the following:

Kyra Jenner, Assistant United States Attorney

John C. Everett
Arkansas Bar No. 70022
Attorney for Defendant