**DEPARTMENT OF VETERANS AFFAIRS**
**Central Arkansas Veterans Healthcare System**
**4300 West Seventh Street**
**Little Rock, Arkansas 72205**

March 16, 2023

Mr. Bryan A. Achorn
Assistant United States Attorney
Western District of Arkansas
100 Reserve Street, Ste 343
Hot Springs, AR 71901

Thank you for the opportunity to address Dr. Levy's Motion to Vacate under 28 USC 2255.
At the time of sentencing of Dr. Robert Levy, there were 589 level 3 misdiagnoses (major diagnostic discrepancy with potential for negative impacts on patient care), 2,444 level 2 misdiagnoses (disagreement in diagnosis with minimal impact on patient care) directly attributed to the recklessness of Dr. Robert Levy.
During the Pathology Lookback of the 33,902 cases electronically assigned to Dr. Levy, a standardized assessment system was utilized by a team of 53 pathologists to determine if an error had been made by Dr. Levy. If an error was confirmed, the potential for negative clinical impact was determined. Cases were classified as follows:

Level 0 - No deficiency or diagnostic error

Level 1 - Minor disagreement, practice acceptable, reviewer still comfortable

Level 2 - Disagreement in diagnosis with minimal or no potential negative impact on patient care

**Level 3 - Major diagnostic discrepancy with potential for negative impact on patient care/treatment**

Regarding the four Veterans listed in Dr. Levy's Motion to Vacate under 28 USC 2255.
At the time of sentencing of Dr. Levy, Veteran [redacted] was classified as a level 2 misdiagnosis. Veteran [redacted] remains a level 2 misdiagnosis. The original diagnosis rendered by Dr. Levy was [redacted]. After expert review it was corrected to the appropriate diagnosis of [redacted] with recommendation for clinical follow up and re-biopsy. Although Dr. Levy made an error in diagnosis of this Veteran's biopsy, the classification of the error as a Level 2 by the Pathology Lookback team determined that minimal to no negative clinical impact was anticipated. Veteran [redacted] treatment was not altered by the misdiagnosis.
At the time of sentencing of Dr. Levy, Veteran [redacted] was classified as a level 2 misdiagnosis. Veteran [redacted] remains a level 2 misdiagnosis. The original diagnosis rendered by Dr. Levy was [redacted]. After expert review it was corrected to the appropriate diagnosis of [redacted] Although Dr. Levy made an error in the diagnosis of this Veteran's biopsy, the classification of the error as a level 2 by the Pathology Lookback team determined that minimal to no negative clinical impact was anticipated. Veteran [redacted] treatment was not altered by the misdiagnosis.
At the time of sentencing of Dr. Levy, Veteran [redacted] was classified as a level 0, confirming that no error in diagnosis was made by Dr. Levy in this case. Veteran [redacted] remains a level 0. There was no negative impact on Veteran [redacted] healthcare.
At the time of sentencing of Dr. Levy, Veteran [redacted] was classified as a level 0, confirming that no error in diagnosis was made by Dr. Levy in this case. Veteran [redacted] remains a level 0. There was no negative impact on Veteran [redacted] healthcare.

Sincerely,

MARGIE A. SCOTT, MD
Medical Center Director